UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Coyne's and Company,

Plaintiff,

v.

Target Corporation and
Dan-Dee International,

Defendants.

Civil 01-94 JMR/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: March 12, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 01-94 JMR/JMM

Use this case number for all further filings.