ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COYNE'S & COMPANY,

Plaintiff,

v.

TARGET CORPORATION
and DAN-DEE INTERNATIONAL, LTD.

Defendants.

Court File No.: 01-CV-94 (JMR/JMM)

**ORDER TO CONTINUE THE PRETRIAL SETTLEMENT CONFERENCE AND EXTEND THE PRETRIAL SCHEDULE**

Based upon the Stipulation and Joint Motion of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Pretrial/Settlement Conference currently scheduled for June 28, 2001, at 10:00 a.m. in hereby ~~continued to July _____, 2001, at ______ a.m./p.m. The parties are reminded of their obligations to meet to discuss settlement five (5) days prior to the Pretrial/Settlement Conference and that they may submit a confidential settlement letter or memorandum to the Court in connection with settlement.~~ cancelled. JMM

2. The Pretrial Scheduling Order dated April 19, 2001, is amended as follows:

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

**January 30, 2002** By any party as to any issue on which it has the burden of proof, and any other expert report not a response or a rebuttal;

**March 4, 2002** By any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof;

**March 18, 2002** By any party desiring to present expert witnesses in rebuttal to the responsive expert reports;

FILED JUL 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | |
|---|---|
| **April 30, 2002** | All discovery of any kind shall be commenced in time to be completed by this date; |
| **May 6, 2002** | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| **July 1, 2002** | All dispositive motions shall be served and filed by the parties and heard by the Court. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis, (612) 664-5053. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

Trial Date

| | |
|---|---|
| **August 30, 2002** | The case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than this date. The parties estimate that trial of this Jury matter will take 2 days. |

3. In all other respects, the deadlines and requirements of the Pretrial Scheduling Order dated April 19, 2001, shall remain in effect.

Dated: ~~June~~ 7/2, 2001.

JOHN M. MASON
United States Magistrate Judge

idmsstp:628714_1